# EXHIBIT 10

# U.S. PATENT NO. 8,814,818 – KT PRO KINESIOLOGY TAPE

U.S. Patent No. 8,814,818

'818 PATENT — KT Pro Kinesiology Tape

## Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions[1]

| Claim 15 | Accused Instrumentalities:  KT Pro Kinesiology Tape |
|---|---|
| **Infringement Assertion against the Accused Instrumentalities:** | |

---

[1] Plaintiff provides these infringement contentions before obtaining discovery from Defendant.  Plaintiff expects that Defendant and/or third parties will produce information regarding Defendant's instrumentalities beyond that which is publicly available.  Accordingly, Plaintiff reserves the right to modify these infringement contentions based upon Defendant's document production and/or other information made available to Plaintiff through discovery.

Plaintiff's infringement contentions are intended to explain Plaintiff's theories of infringement and do not constitute evidence.  Plaintiff's infringement contentions are not intended to set forth a *prima facie* case of infringement or evidence in support thereof.  Certain portions of the chart below may apply to more than one Accused Instrumentality.  Certain portions of the chart below may reference other charts, and may be referenced by other charts.

The Accused Instrumentalities often practice the claim elements in numerous alternative ways in accordance with the present chart. The Accused Instrumentalities should be assumed to act alone or in combination as referenced herein and interpreted in the singular or plural accordingly.  Defendant further provides the Accused Instrumentalities as well as the instructions to customers/users causing them to use the Accused Instrumentalities in an infringing manner, including, without limitation, in their default and expected uses.

Each element of this claim, except where noted otherwise, and each element of the asserted claims dependent thereon, is present literally or under the doctrine of equivalents in the Accused Instrumentalities.  To the extent each element of this claim, and the asserted claims dependent thereon are not present literally in the Accused Instrumentalities, each element is present under the doctrine of equivalents because there is no substantial difference between the elements of the asserted claims and the corresponding functionality in the Accused Instrumentality, i.e., the corresponding functionality in the accused product performs substantially the same function, in substantially the same way to achieve substantially the same results as the claimed elements.

| **Claim 15:** |
| --- |
| 15. A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot of a user, comprising: an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, said flexible material having a tensile strength of at least 25 lb/in-width and a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot. |
| |
| **Claim 15 as asserted against the Accused Instrumentalities:** |

| *Element 15[pre]:* Claim 15: A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and | *The Accused Instrumentalities are disposable orthotic foot arch support straps for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot.* |
| --- | --- |

**'818 PATENT — KT Pro Kinesiology Tape**

| | |
|---|---|
| musculoskeletal system of a foot of a user, comprising: | 

Source:  Product packaging |

**'818 PATENT — KT Pro Kinesiology Tape**



Source:  Product packaging

'818 PATENT — KT Pro Kinesiology Tape



Source: Product instructions included in product package

**'818 PATENT — KT Pro Kinesiology Tape**



Source: Product instructions included in product package

**'818 PATENT — KT Pro Kinesiology Tape**



Source : Enlargement of product insert

‘818 PATENT — KT Pro Kinesiology Tape



Source:  Enlargement of product instructions – indicating treatment for plantar fasciitis

**'818 PATENT — KT Pro Kinesiology Tape**



Source:  Product website at **https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pd** – indicating treatment for plantar fasciitis

| | |
|---|---|
| *Element 15[a]:*<br><br>an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, | *The Accused Instrumentality is packaged in pre-cut elongated strips which are formed of an ultrathin flexible that are utilized in support of the arch of the foot, as an arch support strap.*<br><br>The tape is pre-cut into flexible elongate-shaped strips:<br><br><br><br>Source:  Product photo |

The tape strips are ultra-thin:

| Caliper or Thickness (PSTC-133) | | | |
|---|---|---|---|
| measured over 2" width x 10" length | | | |
| Sample ID | Total mils | Liner mils | Backing/Adhesive mils |
| Target Black | 22.7 | 3.2 | 19.5 |
| CVS Cotton Beige | 26.0 | 5.2 | 20.7 |
| CVS Pro Black | 22.0 | 5.0 | 17.0 |
| KT Pro Blue | 21.0 | 4.6 | 16.4 |
| KT Cotton Blue | 24.6 | 4.6 | 20.0 |
| KT Extreme Black | 21.9 | 5.7 | 16.3 |
| KT Cotton Beige | 24.5 | 4.8 | 19.7 |

Source: Lab Report

| | |
|---|---|
| | The tape strips have an adhesive layer on the underside:<br><br><br><br>Source:  Product photo |
| *Element 15[b]:*<br>said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the | *The Accused Instrumentality's foot arch supporting straps comes with an adhesive underside which can be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot.*<br><br>The underside surface is adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof: |

| | |
|---|---|
| foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, | <br><br>Source:  Product packaging<br><br>As shown below, the instructions instruct the user to secure the underside surface over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof as indicated by the blue tape below: |

**'818 PATENT — KT Pro Kinesiology Tape**



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

| | |
|---|---|
| | <br>**0% STRETCH**<br>FINISH: apply last two inches of tape on outside of foot without stretch<br><br>Source: Enlargement of the preceding instructions |
| *Element 15[c]:*<br>said flexible material having a tensile strength of at least 25 lb/in-width and | *The Accused Instrumentalities' arch support straps are made of a flexible material having a tensile strength of at least 25 lb/in-width.* |

| n: | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
| | Breaking Force | Elong. @ Max Tensile | Breaking Force | Elong. @ Max Tensile |
| 1 | 15.983 lbf/in | 150.60 % | 118.540 lbf/in | 34.80 % |
| 2 | 16.104 lbf/in | 144.40 % | 102.980 lbf/in | 32.80 % |
| 3 | 13.296 lbf/in | 133.60 % | 104.340 lbf/in | 32.20 % |
| 4 | 15.789 lbf/in | 150.80 % | 106.180 lbf/in | 32.60 % |
| 5 | 16.186 lbf/in | 152.00 % | 110.930 lbf/in | 32.60 % |
| je | **15.472 lbf/in** | **146.28 %** | **108.594 lbf/in** | **33.00 %** |

Source: Lab Report

‘818 PATENT — KT Pro Kinesiology Tape

| Element 15[d]:<br>a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | *The Accused Instrumentalities' arch support straps have an elongation to tensile strength (lb/in-width) that is less than 0.9 in a longitudinal or transverse dimension.*<br><br>The support layer has a ratio of elongation to tensile strength (lb/in-width) that is less than 0.9. |
|---|---|

|  | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
|  | Breaking Force | Elong. @ Max Tensile | Breaking Force | Elong. @ Max Tensile |
| 1 | 15.983 lbf/in | 150.60 % | 118.540 lbf/in | 34.80 % |
| 2 | 16.104 lbf/in | 144.40 % | 102.980 lbf/in | 32.80 % |
| 3 | 13.296 lbf/in | 133.60 % | 104.340 lbf/in | 32.20 % |
| 4 | 15.789 lbf/in | 150.80 % | 106.180 lbf/in | 32.60 % |
| 5 | 16.186 lbf/in | 152.00 % | 110.930 lbf/in | 32.60 % |
| je | 15.472 lbf/in | 146.28 % | 108.594 lbf/in | 33.00 % |

Source: Lab Report


33.00 / 108.594 = 0.30


As shown above, the sole member has a ratio of elongation to tensile strength that is less than 0.9.

| Element 15[e]: | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.* |
|---|---|

'818 PATENT — KT Pro Kinesiology Tape

and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.

| 180° Peel (PSTC-101 A) | | | |
|---|---|---|---|
| 1 minute dwell on ss; 12"/minute removal | | | |
| Sample ID | average oz/inch | Standard deviation | Mode of Failure |
| Target Black | 25.3 | 0.5 | A, L1, Gh1 |
| CVS Cotton Beige | 16.3 | 1.1 | A, L1, Gh1 |
| CVS Pro Black | 24.4 | 2.4 | A9C1, L1, Gh1 |
| KT Pro Blue | 13.6 | 0.7 | A, L1, Gh1 |
| KT Cotton Blue | 12.9 | 1.1 | A, L1, Gh1 |
| KT ExtremeBlack | 14.5 | 1.2 | A, L1, Gh1 |
| KT Cotton Beige | 12.0 | 0.9 | A, L1, Gh1 |

Numbers 1 to 9 = %, as A9C1 is a 90% clean peel with 10% cohesive split of the adhesive to the substrate.
A - adhesive failure - the adhesive was removed from the substrate cleanly.
C - cohesive failure - the adhesive split, leaving residue on both the face stock and substrate.

Numbers 1 to 3     1 = slight     2 = moderate     3 = severe
GH - ghosting - a shadow or stain remained on the substrate.
L - legging - the condition of a soft adhesive when strings or legs are formed when it is pulled.

Source:  Lab report

The adhesive layer has strong adhesion (13.6 average oz/inch).

'818 PATENT — KT Pro Kinesiology Tape

| *Element 19[pre]:* Claim 19:  A method for treating plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user, comprising the steps of: | *The Accused Instrumentality is a disposable orthotic foot arch support strap for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a musculoskeletal system of a foot of a user.*<br><br>The advertising, offer of sale, and sale of the accused tape induces users to treat plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre]*. |
|---|---|
| *Element 19[a]:* removing a release liner sheet from an adhesive layer of an ultrathin, elongate sole support strap formed of a flexible material having the adhesive layer on an underside surface thereof, wherein the adhesive layer | *The Accused Instrumentalities' sole supporting straps is made of ultrathin flexible materials having an adhesive layer from which a release liner sheet is removed. The adhesive layer which is an acrylic based medical grade adhesive is covered by a release liner sheet which prevents drying or removal of the adhesive on the tape.*<br><br>When used in its normal and customary way, the user removes a release liner sheet from the adhesive layer of the tape prior to applying the tape on the user's body. |

| | |
|---|---|
| is covered by the removable release liner sheet, |  Source:  Product photo<br><br>The tape strips are an ultrathin, elongate sole support strap formed of a flexible material:  *See Element 15[a] above.* |
| *Element 19[b]:* said underside surface having a contiguous ball of foot portion, a midfoot portion, and a heel portion, | The product instructions lead the user in applying two strips generally transversely around the midfoot. The portion of these strip where they contact the sole provide continuous support from the ball of the foot to the heel portion of the foot.  *See Element 15[b] above.* |

| | |
|---|---|
| *Element 19[c]:* said flexible material having a tensile strength of at least 25 lb/in-width and | The Accused Instrumentality has a support layer made of a flexible material having a tensile strength of at least 25 lb/in-width.  *See Element 15[c] above.* |
| *Element 19[d]:* a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | The Accused Instrumentalities' support layer has an elongation to tensile strength (lb/in-width) ratio of less than 0.9.  *See Element 15[d] above.* |
| *Element 19[e]:* said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot; and | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot.*<br><br>*See Element 15[e] above.* |
| *Element 19[f]:* | The product instructions lead the user to adhere said ball of foot portion and said midfoot portion of sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof: |

**'818 PATENT — KT Pro Kinesiology Tape**

adhering said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof, and



Source:  Product packaging

As shown below, the instructions instruct the user to adhere said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof as shown below:



|  | Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf |
|---|---|
| *Element 19[g]:*<br><br>adhering said heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof and prevent slippage of said sole support strap, | The product instructions lead the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof:<br><br><br><br>Source:  Product packaging<br><br>As shown below, the instructions instruct the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof as shown below: |

**'818 PATENT — KT Pro Kinesiology Tape**



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

**'818 PATENT — KT Pro Kinesiology Tape**

| | |
|---|---|
| *Element 19[h]:* wherein said sole support strap, in the adhered condition, flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress throughout a walking gait cycle. | *The tape flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress throughout a walking gait cycle.*<br><br>As shown below, the instructions confirm that this tape is to be used for plantar fasciitis.<br><br><br><br>Source:  Product packaging |
| *Element 20[pre]:* Claim 20:  The method according to claim 19, comprising the further steps of: | The advertising, offer of sale, and sale of the accused tape induces users adhere an arch support strap transversely over the sole support strap when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre]*. |

**'818 PATENT — KT Pro Kinesiology Tape**

| | |
|---|---|
| *Element 20[a]:*<br><br>adhering an arch support strap transversely over the sole support strap, wherein the arch support strap comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet, said flexible material and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot; | The included instructions instruct the user to adhere an arch support strap transversely over the sole support strap. *See Element 15[b] above.*<br><br>The arch support strap comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet. *See Element 15[a] above.*<br><br>The arch support strap comprises an adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot. *See Element 15[e] above.*<br><br>The user's act of adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Elements 19[b] and 19[f] above.* |

| | |
|---|---|
| wherein adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. | The included instructions instruct the user to adhere said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Element 15[b] above.* |

# EXHIBIT "33"

# U.S. PATENT NO. 8,814,818 –
# KT (ORIGINAL) KINESIOLOGY TAPE

U.S. Patent No. 8,814,818

**'818 PATENT — KT (Original) Kinesiology Tape**

### Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions[1]

| Claim 15 | Accused Instrumentalities:  KT (Original) Kinesiology Tape |
|---|---|
| **Infringement Assertion against the Accused Instrumentalities:** ||

---

[1] Plaintiff provides these infringement contentions before obtaining discovery from Defendant.  Plaintiff expects that Defendant and/or third parties will produce information regarding Defendant's instrumentalities beyond that which is publicly available. Accordingly, Plaintiff reserves the right to modify these infringement contentions based upon Defendant's document production and/or other information made available to Plaintiff through discovery.

Plaintiff's infringement contentions are intended to explain Plaintiff's theories of infringement and do not constitute evidence.  Plaintiff's infringement contentions are not intended to set forth a *prima facie* case of infringement or evidence in support thereof.  Certain portions of the chart below may apply to more than one Accused Instrumentality.  Certain portions of the chart below may reference other charts, and may be referenced by other charts.

The Accused Instrumentalities often practice the claim elements in numerous alternative ways in accordance with the present chart. The Accused Instrumentalities should be assumed to act alone or in combination as referenced herein and interpreted in the singular or plural accordingly.  Defendant further provides the Accused Instrumentalities as well as the instructions to customers/users causing them to use the Accused Instrumentalities in an infringing manner, including, without limitation, in their default and expected uses.

Each element of this claim, except where noted otherwise, and each element of the asserted claims dependent thereon, is present literally or under the doctrine of equivalents in the Accused Instrumentalities.  To the extent each element of this claim, and the asserted claims dependent thereon are not present literally in the Accused Instrumentalities, each element is present under the doctrine of equivalents because there is no substantial difference between the elements of the asserted claims and the corresponding functionality in the Accused Instrumentality, i.e., the corresponding functionality in the accused product performs substantially the same function, in substantially the same way to achieve substantially the same results as the claimed elements.

**'818 PATENT — KT (Original) Kinesiology Tape**

| |
| --- |
| <u>**Claim 15:**</u><br><br>15. A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot of a user, comprising:<br><br>an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, said flexible material having a tensile strength of at least 25 lb/in-width and a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot. |

| |
| --- |

| **Claim 15 as asserted against the Accused Instrumentalities:** |
| --- |

| *Element 15[pre]:* Claim 15:  A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and | *The Accused Instrumentalities are disposable orthotic foot arch support straps for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot.* |
| --- | --- |

**'818 PATENT — KT (Original) Kinesiology Tape**

| | |
|---|---|
| musculoskeletal system of a foot of a user, comprising: | <br>Source:  Product packaging |

**'818 PATENT — KT (Original) Kinesiology Tape**



Source:  Product packaging

**'818 PATENT — KT (Original) Kinesiology Tape**



Source: Product instructions included in product package

**'818 PATENT — KT (Original) Kinesiology Tape**



Source: Product instructions included in product package

**'818 PATENT — KT (Original) Kinesiology Tape**



Source : Enlargement of product insert



Source:  Enlargement of product instructions – indicating treatment for plantar fasciitis

**'818 PATENT — KT (Original) Kinesiology Tape**



Source:  Product website at **https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pd** – indicating treatment for plantar fasciitis

| Element 15[a]: an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, | *The Accused Instrumentality is packaged in pre-cut elongated strips which are formed of an ultrathin flexible that are utilized in support of the arch of the foot, as an arch support strap.*<br><br>The tape is pre-cut into flexible elongate-shaped strips:<br><br><br><br>Source:  Product photo |
|---|---|

'818 PATENT — KT (Original) Kinesiology Tape

The tape strips are ultra-thin:

| Caliper or Thickness (PSTC-133) | | | |
|---|---|---|---|
| measured over 2" width x 10" length | | | |
| Sample ID | Total mils | Liner mils | Backing/Adhesive mils |
| Target Black | 22.7 | 3.2 | 19.5 |
| CVS Cotton Beige | 26.0 | 5.2 | 20.7 |
| CVS Pro Black | 22.0 | 5.0 | 17.0 |
| KT Pro Blue | 21.0 | 4.6 | 16.4 |
| KT Cotton Blue | 24.6 | 4.6 | 20.0 |
| KT Extreme Black | 21.9 | 5.7 | 16.3 |
| KT Cotton Beige | 24.5 | 4.8 | 19.7 |

Source: Lab Report

| | The tape strips have an adhesive layer on the underside:  Source:  Product photo |
|---|---|
| *Element 15[b]:* said underside surface adapted to be secured transversely over a midfoot | *The Accused Instrumentality's foot arch supporting straps comes with an adhesive underside which can be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot.* |

**'818 PATENT — KT (Original) Kinesiology Tape**

| | |
|---|---|
| portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, | The underside surface is adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof: <br><br>  <br><br> Source:  Product packaging <br><br> As shown below, the instructions instruct the user to secure the underside surface over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof as indicated by the blue tape below: |



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

‘818 PATENT — KT (Original) Kinesiology Tape

|  | |
|---|---|
| | <br><br>**0% STRETCH**<br>**FINISH:** apply last two inches of tape on outside of foot without stretch<br><br>Source: Enlargement of the preceding instructions |
| *Element 15[c]:*<br>said flexible material having a tensile strength of at least 25 lb/in-width and | *The Accused Instrumentalities' arch support straps are made of a flexible material having a tensile strength of at least 25 lb/in-width.* |

| n: | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
| | **Breaking Force** | **Elong. @ Max Tensile** | **Breaking Force** | **Elong. @ Max Tensile** |
| 1 | 15.718 lbf/in | 115.80 % | 39.314 lbf/in | 20.60 % |
| 2 | 17.505 lbf/in | 127.40 % | 43.357 lbf/in | 18.80 % |
| 3 | 18.421 lbf/in | 125.60 % | 37.816 lbf/in | 19.60 % |
| 4 | 15.433 lbf/in | 127.20 % | 28.436 lbf/in | 19.80 % |
| 5 | 17.877 lbf/in | 129.40 % | 42.558 lbf/in | 20.80 % |
| je | **16.991 lbf/in** | **125.08 %** | **38.296 lbf/in** | **19.92 %** |

Source: Lab Report

‘818 PATENT — KT (Original) Kinesiology Tape

| Element 15[d]:<br>a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | *The Accused Instrumentalities' arch support straps have an elongation to tensile strength (lb/in-width) that is less than 0.9 in a longitudinal or transverse dimension.*<br><br>The support layer has a ratio of elongation to tensile strength (lb/in-width) that is less than 0.9.<br><br><br><br>Source: Lab Report<br><br>19.92 / 38.296 = 0.52<br><br>As shown above, the sole member has a ratio of elongation to tensile strength that is less than 0.9. |
|---|---|
| Element 15[e]: | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.* |

| n: | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
| | Breaking Force | Elong. @ Max Tensile | Breaking Force | Elong. @ Max Tensile |
| 1 | 15.718 lbf/in | 115.80 % | 39.314 lbf/in | 20.60 % |
| 2 | 17.505 lbf/in | 127.40 % | 43.357 lbf/in | 18.80 % |
| 3 | 18.421 lbf/in | 125.60 % | 37.816 lbf/in | 19.60 % |
| 4 | 15.433 lbf/in | 127.20 % | 28.436 lbf/in | 19.80 % |
| 5 | 17.877 lbf/in | 129.40 % | 42.558 lbf/in | 20.80 % |
| je | 16.991 lbf/in | 125.08 % | 38.296 lbf/in | 19.92 % |

**'818 PATENT — KT (Original) Kinesiology Tape**

and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.

| 180° Peel (PSTC-101 A) | | | |
|---|---|---|---|
| 1 minute dwell on ss; 12"/minute removal | | | |
| Sample ID | average oz/inch | Standard deviation | Mode of Failure |
| Target Black | 25.3 | 0.5 | A, L1, Gh1 |
| CVS Cotton Beige | 16.3 | 1.1 | A, L1, Gh1 |
| CVS Pro Black | 24.4 | 2.4 | A9C1, L1, Gh1 |
| KT Pro Blue | 13.6 | 0.7 | A, L1, Gh1 |
| KT Cotton Blue | 12.9 | 1.1 | A, L1, Gh1 |
| KT Extreme Black | 14.5 | 1.2 | A, L1, Gh1 |
| KT Cotton Beige | 12.0 | 0.9 | A, L1, Gh1 |

Numbers 1 to 9 = %, as A9C1 is a 90% clean peel with 10% cohesive split of the adhesive to the substrate.
A - adhesive failure - the adhesive was removed from the substrate cleanly.
C - cohesive failure - the adhesive split, leaving residue on both the face stock and substrate.

Numbers 1 to 3    1 = slight    2 = moderate    3 = severe
GH - ghosting - a shadow or stain remained on the substrate.
L - legging - the condition of a soft adhesive when strings or legs are formed when it is pulled.

Source:  Lab report

The adhesive layer has strong adhesion (12.9 average oz/inch).

**'818 PATENT — KT (Original) Kinesiology Tape**

| | |
|---|---|
| *Element 19[pre]:*<br>Claim 19:  A method for treating plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user, comprising the steps of: | *The Accused Instrumentality is a disposable orthotic foot arch support strap for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a musculoskeletal system of a foot of a user.*<br><br>The advertising, offer of sale, and sale of the accused tape induces users to treat plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre]*. |
| *Element 19[a]:*<br>removing a release liner sheet from an adhesive layer of an ultrathin, elongate sole support strap formed of a flexible material having the adhesive layer on an underside surface thereof, wherein the adhesive layer | *The Accused Instrumentalities' sole supporting straps is made of ultrathin flexible materials having an adhesive layer from which a release liner sheet is removed. The adhesive layer which is an acrylic based medical grade adhesive is covered by a release liner sheet which prevents drying or removal of the adhesive on the tape.*<br><br>When used in its normal and customary way, the user removes a release liner sheet from the adhesive layer of the tape prior to applying the tape on the user's body. |

| | |
|---|---|
| is covered by the removable release liner sheet, | <br><br>Source:  Product photo<br><br>The tape strips are an ultrathin, elongate sole support strap formed of a flexible material:  *See Element 15[a] above.* |

**'818 PATENT — KT (Original) Kinesiology Tape**

| | |
|---|---|
| *Element 19[b]:*<br><br>said underside surface having a contiguous ball of foot portion, a midfoot portion, and a heel portion, | The product instructions lead the user in applying two strips generally transversely around the midfoot. The portion of these strip where they contact the sole provide continuous support from the ball of the foot to the heel portion of the foot. *See Element 15[b] above.* |
| *Element 19[c]:*<br><br>said flexible material having a tensile strength of at least 25 lb/in-width and | The Accused Instrumentality has a support layer made of a flexible material having a tensile strength of at least 25 lb/in-width. *See Element 15[c] above.* |
| *Element 19[d]:*<br><br>a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | The Accused Instrumentalities' support layer has an elongation to tensile strength (lb/in-width) ratio of less than 0.9. *See Element 15[d] above.* |
| *Element 19[e]:*<br><br>said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said sole | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot.*<br><br>*See Element 15[e] above.* |

| | |
|---|---|
| support strap when secured to a skin surface of the foot; and | |
| *Element 19[f]:* adhering said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof, and | The product instructions lead the user to adhere said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof:<br><br><br><br>Source:  Product packaging<br><br>As shown below, the instructions instruct the user to adhere said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof as shown below: |



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

| | |
|---|---|
| *Element 19[g]:* adhering said heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof and prevent slippage of said sole support strap, | The product instructions lead the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof:  Source:  Product packaging |

As shown below, the instructions instruct the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof as shown below:



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)

**'818 PATENT — KT (Original) Kinesiology Tape**



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

| | |
|---|---|
| *Element 19[h]:* wherein said sole support strap, in the adhered condition, flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress | *The tape flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress throughout a walking gait cycle.*<br><br>As shown below, the instructions confirm that this tape is to be used for plantar fasciitis. |

**'818 PATENT — KT (Original) Kinesiology Tape**

| | |
|---|---|
| throughout a walking gait cycle. | \n\nSource:  Product packaging |
| *Element 20[pre]:*\nClaim 20:  The method according to claim 19, comprising the further steps of: | The advertising, offer of sale, and sale of the accused tape induces users adhere an arch support strap transversely over the sole support strap when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre].* |
| *Element 20[a]:*\nadhering an arch support strap transversely over the sole support strap, wherein the arch support strap | The included instructions instruct the user to adhere an arch support strap transversely over the sole support strap.  *See Element 15[b] above.* |

| | |
|---|---|
| comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet, said flexible material and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot; | The arch support strap comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet. *See Element 15[a] above.*<br><br>The arch support strap comprises an adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot. *See Element 15[e] above.*<br><br>The user's act of adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Elements 19[b] and 19[f] above.* |
| wherein adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin | The included instructions instruct the user to adhere said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Element 15[b] above.* |

**'818 PATENT — KT (Original) Kinesiology Tape**

| | |
|---|---|
| surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. | |

# EXHIBIT 12

# U.S. PATENT NO. 8,814,818 –
# KT PRO EXTREME KINESIOLOGY TAPE

U.S. Patent No. 8,814,818

‘818 PATENT — KT Pro Extreme Kinesiology Tape

**Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions[1]**

| Claim 15 | Accused Instrumentalities:  KT Pro Extreme Kinesiology Tape |
|---|---|
| **Infringement Assertion against the Accused Instrumentalities:** ||

---

[1] Plaintiff provides these infringement contentions before obtaining discovery from Defendant.  Plaintiff expects that Defendant and/or third parties will produce information regarding Defendant's instrumentalities beyond that which is publicly available. Accordingly, Plaintiff reserves the right to modify these infringement contentions based upon Defendant's document production and/or other information made available to Plaintiff through discovery.

Plaintiff's infringement contentions are intended to explain Plaintiff's theories of infringement and do not constitute evidence.  Plaintiff's infringement contentions are not intended to set forth a *prima facie* case of infringement or evidence in support thereof.  Certain portions of the chart below may apply to more than one Accused Instrumentality.  Certain portions of the chart below may reference other charts, and may be referenced by other charts.

The Accused Instrumentalities often practice the claim elements in numerous alternative ways in accordance with the present chart. The Accused Instrumentalities should be assumed to act alone or in combination as referenced herein and interpreted in the singular or plural accordingly.  Defendant further provides the Accused Instrumentalities as well as the instructions to customers/users causing them to use the Accused Instrumentalities in an infringing manner, including, without limitation, in their default and expected uses.

Each element of this claim, except where noted otherwise, and each element of the asserted claims dependent thereon, is present literally or under the doctrine of equivalents in the Accused Instrumentalities.  To the extent each element of this claim, and the asserted claims dependent thereon are not present literally in the Accused Instrumentalities, each element is present under the doctrine of equivalents because there is no substantial difference between the elements of the asserted claims and the corresponding functionality in the Accused Instrumentality, i.e., the corresponding functionality in the accused product performs substantially the same function, in substantially the same way to achieve substantially the same results as the claimed elements.

**Claim 15:**

15. A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot of a user, comprising:

an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, said flexible material having a tensile strength of at least 25 lb/in-width and a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.

|  |
|---|

| **Claim 15 as asserted against the Accused Instrumentalities:** |
|---|

| *Element 15[pre]:* Claim 15:  A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and | *The Accused Instrumentalities are disposable orthotic foot arch support straps for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot.* |
|---|---|

**'818 PATENT — KT Pro Extreme Kinesiology Tape**

| | |
|---|---|
| musculoskeletal system of a foot of a user, comprising: | <br>Source:  Product packaging |

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source:  Product packaging

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source:  Product packaging

‘818 PATENT — KT Pro Extreme Kinesiology Tape



Source: Product instructions included in product package

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source: Product instructions included in product package

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source : Enlargement of product insert

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source:  Enlargement of product instructions – indicating treatment for plantar fasciitis

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source:  Product website at **https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pd** – indicating treatment for plantar fasciitis

| | |
|---|---|
| *Element 15[a]:*<br><br>an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, | *The Accused Instrumentality is packaged in pre-cut elongated strips which are formed of an ultrathin flexible that are utilized in support of the arch of the foot, as an arch support strap.*<br><br>The tape is pre-cut into flexible elongate-shaped strips:<br><br><br><br>Source:  Product photo |

'818 PATENT — KT Pro Extreme Kinesiology Tape

The tape strips are ultra-thin:

| Caliper or Thickness (PSTC-133) | | | |
|---|---|---|---|
| measured over 2" width x 10" length | | | |
| Sample ID | Total  mils | Liner  mils | Backing/Adhesive mils |
| Target Black | 22.7 | 3.2 | 19.5 |
| CVS Cotton Beige | 26.0 | 5.2 | 20.7 |
| CVS Pro Black | 22.0 | 5.0 | 17.0 |
| KT Pro Blue | 21.0 | 4.6 | 16.4 |
| KT Cotton Blue | 24.6 | 4.6 | 20.0 |
| KT ExtremeBlack | 21.9 | 5.7 | 16.3 |
| KT Cotton Beige | 24.5 | 4.8 | 19.7 |

Source: Lab Report

| | |
|---|---|
| | The tape strips have an adhesive layer on the underside:<br><br><br><br>Source:  Product photo |
| *Element 15[b]:*<br>said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the | *The Accused Instrumentality's foot arch supporting straps comes with an adhesive underside which can be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot.*<br><br>The underside surface is adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof: |

| | |
|---|---|
| arch of the user's foot and conform to the curvature thereof, | <br><br>Source:  Product packaging<br><br>As shown below, the instructions instruct the user to secure the underside surface over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof as indicated by the blue tape below: |

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

**'818 PATENT — KT Pro Extreme Kinesiology Tape**

| | |
|---|---|
| |  **0% STRETCH** <br> **FINISH:** apply last two inches of tape on outside of foot without stretch <br><br> Source: Enlargement of the preceding instructions |
| *Element 15[c]:* <br> said flexible material <br> having a tensile strength of <br> at least 25 lb/in-width and | *The Accused Instrumentalities' arch support straps are made of a flexible material having a tensile strength of at least 25 lb/in-width.* |

|   |   | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|---|
| n: | | **Breaking Force** | **Elong. @ Max Tensile** | **Breaking Force** | **Elong. @ Max Tensile** |
| 1 | | 20.555 lbf/in | 162.40 % | 112.680 lbf/in | 31.80 % |
| 2 | | 16.775 lbf/in | 153.00 % | 132.120 lbf/in | 33.60 % |
| 3 | | 21.939 lbf/in | 155.40 % | 116.620 lbf/in | 32.40 % |
| 4 | | 17.670 lbf/in | 145.20 % | 112.460 lbf/in | 32.80 % |
| 5 | | 19.947 lbf/in | 157.40 % | 115.300 lbf/in | 33.80 % |
| je | | **19.377 lbf/in** | **154.68 %** | **117.852 lbf/in** | **32.88 %** |

Source: Lab Report

| Element 15[d]: a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | *The Accused Instrumentalities' arch support straps have an elongation to tensile strength (lb/in-width) that is less than 0.9 in a longitudinal or transverse dimension.* |
|---|---|

The support layer has a ratio of elongation to tensile strength (lb/in-width) that is less than 0.9.

| n: | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
| | Breaking Force | Elong. @ Max Tensile | Breaking Force | Elong. @ Max Tensile |
| 1 | 20.555 lbf/in | 162.40 % | 112.680 lbf/in | 31.80 % |
| 2 | 16.775 lbf/in | 153.00 % | 132.120 lbf/in | 33.60 % |
| 3 | 21.939 lbf/in | 155.40 % | 116.620 lbf/in | 32.40 % |
| 4 | 17.670 lbf/in | 145.20 % | 112.460 lbf/in | 32.80 % |
| 5 | 19.947 lbf/in | 157.40 % | 115.380 lbf/in | 33.60 % |
| e | **19.377 lbf/in** | **154.68 %** | **117.852 lbf/in** | **32.88 %** |

Source: Lab Report

32.88 / 117.852 = 0.28

As shown above, the sole member has a ratio of elongation to tensile strength that is less than 0.9.

| Element 15[e]: | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.* |
|---|---|

**'818 PATENT — KT Pro Extreme Kinesiology Tape**

and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.

| 180° Peel (PSTC-101 A) | | | |
|---|---|---|---|
| 1 minute dwell on ss; 12"/minute removal | | | |
| Sample ID | average oz/inch | Standard deviation | Mode of Failure |
| Target Black | 25.3 | 0.5 | A, L1, Gh1 |
| CVS Cotton Beige | 16.3 | 1.1 | A, L1, Gh1 |
| CVS Pro Black | 24.4 | 2.4 | A9C1, L1, Gh1 |
| KT Pro Blue | 13.6 | 0.7 | A, L1, Gh1 |
| KT Cotton Blue | 12.9 | 1.1 | A, L1, Gh1 |
| KT ExtremeBlack | 14.5 | 1.2 | A, L1, Gh1 |
| KT Cotton Beige | 12.0 | 0.9 | A, L1, Gh1 |

Numbers 1 to 9 = %, as A9C1 is a 90% clean peel with 10% cohesive split of the adhesive to the substrate.
A - adhesive failure - the adhesive was removed from the substrate cleanly.
C - cohesive failure - the adhesive split, leaving residue on both the face stock and substrate.

Numbers 1 to 3      1 = slight      2 = moderate      3 = severe
GH - ghosting - a shadow or stain remained on the substrate.
L - legging - the condition of a soft adhesive when strings or legs are formed when it is pulled.

Source:  Lab report

The adhesive layer has strong adhesion (14.5 average oz/inch).

‘818 PATENT — KT Pro Extreme Kinesiology Tape

| | |
|---|---|
| *Element 19[pre]:*<br><br>Claim 19:  A method for treating plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user, comprising the steps of: | *The Accused Instrumentality is a disposable orthotic foot arch support strap for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a musculoskeletal system of a foot of a user.*<br><br>The advertising, offer of sale, and sale of the accused tape induces users to treat plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre].* |
| *Element 19[a]:*<br><br>removing a release liner sheet from an adhesive layer of an ultrathin, elongate sole support strap formed of a flexible material having the adhesive layer on an underside surface thereof, wherein the adhesive layer | *The Accused Instrumentalities' sole supporting straps is made of ultrathin flexible materials having an adhesive layer from which a release liner sheet is removed. The adhesive layer which is an acrylic based medical grade adhesive is covered by a release liner sheet which prevents drying or removal of the adhesive on the tape.*<br><br>When used in its normal and customary way, the user removes a release liner sheet from the adhesive layer of the tape prior to applying the tape on the user's body. |

| | |
|---|---|
| is covered by the removable release liner sheet, |  **Removable release liner** **Adhesive layer** Source:  Product photo The tape strips are an ultrathin, elongate sole support strap formed of a flexible material:  *See Element 15[a] above.* |
| *Element 19[b]:* said underside surface having a contiguous ball of foot portion, a midfoot portion, and a heel portion, | The product instructions lead the user in applying two strips generally transversely around the midfoot. The portion of these strip where they contact the sole provide continuous support from the ball of the foot to the heel portion of the foot.  *See Element 15[b] above.* |
| *Element 19[c]:* | The Accused Instrumentality has a support layer made of a flexible material having a tensile strength of at least 25 lb/in-width.  *See Element 15[c] above.* |

| | |
|---|---|
| said flexible material having a tensile strength of at least 25 lb/in-width and | |
| *Element 19[d]:* a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | The Accused Instrumentalities' support layer has an elongation to tensile strength (lb/in-width) ratio of less than 0.9.  *See Element 15[d] above.* |
| *Element 19[e]:* said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot; and | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot.*<br><br>*See Element 15[e] above.* |
| *Element 19[f]:* adhering said ball of foot portion and said midfoot | The product instructions lead the user to adhere said ball of foot portion and said midfoot portion of sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof: |

portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof, and



Source:  Product packaging

As shown below, the instructions instruct the user to adhere said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof as shown below:



‘818 PATENT — KT Pro Extreme Kinesiology Tape

|  | Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf |
| --- | --- |
| *Element 19[g]:*<br><br>adhering said heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof and prevent slippage of said sole support strap, | The product instructions lead the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof:<br><br><br><br>Source:  Product packaging<br><br>As shown below, the instructions instruct the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof as shown below: |

**'818 PATENT — KT Pro Extreme Kinesiology Tape**



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

| | |
|---|---|
| *Element 19[h]:* wherein said sole support strap, in the adhered condition, flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress throughout a walking gait cycle. | *The tape flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress throughout a walking gait cycle.*<br><br>As shown below, the instructions confirm that this tape is to be used for plantar fasciitis.<br><br><br><br>Source:  Product packaging |
| *Element 20[pre]:* Claim 20:  The method according to claim 19, comprising the further steps of: | The advertising, offer of sale, and sale of the accused tape induces users adhere an arch support strap transversely over the sole support strap when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre]*. |

**'818 PATENT — KT Pro Extreme Kinesiology Tape**

| | |
|---|---|
| *Element 20[a]:*<br><br>adhering an arch support strap transversely over the sole support strap, wherein the arch support strap comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet, said flexible material and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot; | The included instructions instruct the user to adhere an arch support strap transversely over the sole support strap. *See Element 15[b] above.*<br><br>The arch support strap comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet. *See Element 15[a] above.*<br><br>The arch support strap comprises an adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot. *See Element 15[e] above.*<br><br>The user's act of adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Elements 19[b] and 19[f] above.* |

**'818 PATENT — KT Pro Extreme Kinesiology Tape**

| | |
|---|---|
| wherein adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. | The included instructions instruct the user to adhere said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Element 15[b] above.* |

# GZJ KDKV'35"

# U.S. PATENT NO. 8,814,818 –
# KT GENTLE KINESIOLOGY TAPE

U.S. Patent No. 8,814,818

'818 PATENT — KT Gentle Kinesiology Tape

## Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions[1]

| Claim 15 | Accused Instrumentalities:  KT Gentle Kinesiology Tape |
|---|---|
| **Infringement Assertion against the Accused Instrumentalities:** ||

---

[1] Plaintiff provides these infringement contentions before obtaining discovery from Defendant.  Plaintiff expects that Defendant and/or third parties will produce information regarding Defendant's instrumentalities beyond that which is publicly available. Accordingly, Plaintiff reserves the right to modify these infringement contentions based upon Defendant's document production and/or other information made available to Plaintiff through discovery.

Plaintiff's infringement contentions are intended to explain Plaintiff's theories of infringement and do not constitute evidence.  Plaintiff's infringement contentions are not intended to set forth a *prima facie* case of infringement or evidence in support thereof.  Certain portions of the chart below may apply to more than one Accused Instrumentality.  Certain portions of the chart below may reference other charts, and may be referenced by other charts.

The Accused Instrumentalities often practice the claim elements in numerous alternative ways in accordance with the present chart. The Accused Instrumentalities should be assumed to act alone or in combination as referenced herein and interpreted in the singular or plural accordingly.  Defendant further provides the Accused Instrumentalities as well as the instructions to customers/users causing them to use the Accused Instrumentalities in an infringing manner, including, without limitation, in their default and expected uses.

Each element of this claim, except where noted otherwise, and each element of the asserted claims dependent thereon, is present literally or under the doctrine of equivalents in the Accused Instrumentalities.  To the extent each element of this claim, and the asserted claims dependent thereon are not present literally in the Accused Instrumentalities, each element is present under the doctrine of equivalents because there is no substantial difference between the elements of the asserted claims and the corresponding functionality in the Accused Instrumentality, i.e., the corresponding functionality in the accused product performs substantially the same function, in substantially the same way to achieve substantially the same results as the claimed elements.

'818 PATENT — KT Gentle Kinesiology Tape

<u>Claim 15:</u>

15. A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot of a user, comprising:

an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, said flexible material having a tensile strength of at least 25 lb/in-width and a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.

|  |
|---|

| **Claim 15 as asserted against the Accused Instrumentalities:** |
|---|

| *Element 15[pre]:* Claim 15:  A disposable orthotic foot arch support strap for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and | *The Accused Instrumentalities are disposable orthotic foot arch support straps for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a sole, arch and musculoskeletal system of a foot.* |
|---|---|

**'818 PATENT — KT Gentle Kinesiology Tape**

| | |
|---|---|
| musculoskeletal system of a foot of a user, comprising: | <br><br>Source:  Product packaging |

**'818 PATENT — KT Gentle Kinesiology Tape**



Source: Product instructions included in product package

'818 PATENT — KT Gentle Kinesiology Tape



Source: Product instructions included in product package

**'818 PATENT — KT Gentle Kinesiology Tape**



Source : Enlargement of product insert

**'818 PATENT — KT Gentle Kinesiology Tape**



Source : Enlargement of product instructions – indicating treatment for plantar fasciitis

'818 PATENT — KT Gentle Kinesiology Tape



Source:  Product website at **https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pd** – indicating treatment for plantar fasciitis

**'818 PATENT — KT Gentle Kinesiology Tape**

| | |
|---|---|
| *Element 15[a]:*<br><br>an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof, | *The Accused Instrumentality is packaged in pre-cut elongated strips which are formed of an ultrathin flexible that are utilized in support of the arch of the foot, as an arch support strap.*<br><br>The tape is pre-cut into flexible elongate-shaped strips:<br><br><br><br>Source:  Product photo |

The tape strips are ultra-thin:

| Caliper or Thickness (PSTC-133) | | | |
|---|---|---|---|
| measured over 2" width x 10" length | | | |
| Sample ID | Total mils | Liner mils | Backing/Adhesive mils |
| Target Black | 22.7 | 3.2 | 19.5 |
| CVS Cotton Beige | 26.0 | 5.2 | 20.7 |
| CVS Pro Black | 22.0 | 5.0 | 17.0 |
| KT Pro Blue | 21.0 | 4.6 | 16.4 |
| KT Cotton Blue | 24.6 | 4.6 | 20.0 |
| KT Extreme Black | 21.9 | 5.7 | 16.3 |
| KT Cotton Beige | 24.5 | 4.8 | 19.7 |

Source: Lab Report

**'818 PATENT — KT Gentle Kinesiology Tape**

| | |
|---|---|
| | The tape strips have an adhesive layer on the underside:<br><br><br><br>Source:  Product photo |
| *Element 15[b]:*<br><br>said underside surface adapted to be secured transversely over a midfoot portion of a longitudinal | *The Accused Instrumentality's foot arch supporting straps comes with an adhesive underside which can be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot.* |

| | |
|---|---|
| arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof, | The underside surface is adapted to be secured transversely over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof:  Source : Enlargement of instructions<br><br>As shown below, the instructions instruct the user to secure the underside surface over a midfoot portion of a longitudinal arch between the ball of the foot and the heel of the foot and at least a portion of opposed sides of the arch of the user's foot and conform to the curvature thereof as indicated by the blue tape below: |

**'818 PATENT — KT Gentle Kinesiology Tape**



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

**'818 PATENT — KT Gentle Kinesiology Tape**

| | |
|---|---|
| |  **0% STRETCH** FINISH: apply last two inches of tape on outside of foot without stretch <br><br> Source: Enlargement of the preceding instructions |
| *Element 15[c]:* <br> said flexible material having a tensile strength of at least 25 lb/in-width and | *The Accused Instrumentalities' arch support straps are made of a flexible material having a tensile strength of at least 25 lb/in-width.* |

| n: | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
| | **Breaking Force** | **Elong. @ Max Tensile** | **Breaking Force** | **Elong. @ Max Tensile** |
| 1 | 19.496 lbf/in | 110.80 % | 32.136 lbf/in | 17.00 % |
| 2 | 22.968 lbf/in | 112.60 % | 32.064 lbf/in | 16.80 % |
| 3 | 20.534 lbf/in | 110.60 % | 32.590 lbf/in | 16.00 % |
| 4 | 18.858 lbf/in | 108.00 % | 32.521 lbf/in | 17.60 % |
| 5 | 20.788 lbf/in | 111.20 % | 34.541 lbf/in | 18.40 % |
| je | **20.529 lbf/in** | **110.64 %** | **32.770 lbf/in** | **17.16 %** |

Source: Lab Report

| Element 15[d]:<br>a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | *The Accused Instrumentalities' arch support straps have an elongation to tensile strength (lb/in-width) that is less than 0.9 in a longitudinal or transverse dimension.*<br><br>The support layer has a ratio of elongation to tensile strength (lb/in-width) that is less than 0.9.<br><br>(table below)<br><br>Source: Lab Report<br><br>17.16 / 32.770 = 0.52<br><br>As shown above, the sole member has a ratio of elongation to tensile strength that is less than 0.9. |
|---|---|

| n: | Machine Direction | | Cross-Machine Direction .5" Wide | |
|---|---|---|---|---|
| | Breaking Force | Elong. @ Max Tensile | Breaking Force | Elong. @ Max Tensile |
| 1 | 19.496 lbf/in | 110.80 % | 32.136 lbf/in | 17.00 % |
| 2 | 22.968 lbf/in | 112.60 % | 32.064 lbf/in | 16.80 % |
| 3 | 20.534 lbf/in | 110.60 % | 32.590 lbf/in | 16.00 % |
| 4 | 18.858 lbf/in | 108.00 % | 32.521 lbf/in | 17.60 % |
| 5 | 20.788 lbf/in | 111.20 % | 34.541 lbf/in | 18.40 % |
| e | 20.529 lbf/in | 110.64 % | 32.770 lbf/in | 17.16 % |

| Element 15[e]: | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.* |
|---|---|

'818 PATENT — KT Gentle Kinesiology Tape

and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot.

| 180° Peel (PSTC-101 A) | | | |
|---|---|---|---|
| 1 minute dwell on ss; 12"/minute removal | | | |
| Sample ID | average oz/inch | Standard deviation | Mode of Failure |
| Target Black | 25.3 | 0.5 | A, L1, Gh1 |
| CVS Cotton Beige | 16.3 | 1.1 | A, L1, Gh1 |
| CVS Pro Black | 24.4 | 2.4 | A9C1, L1, Gh1 |
| KT Pro Blue | 13.6 | 0.7 | A, L1, Gh1 |
| KT Cotton Blue | 12.9 | 1.1 | A, L1, Gh1 |
| KT ExtremeBlack | 14.5 | 1.2 | A, L1, Gh1 |
| KT Cotton Beige | 12.0 | 0.9 | A, L1, Gh1 |

Numbers 1 to 9 = %, as A9C1 is a 90% clean peel with 10% cohesive split of the adhesive to the substrate.
A - adhesive failure - the adhesive was removed from the substrate cleanly.
C - cohesive failure - the adhesive split, leaving residue on both the face stock and substrate.

Numbers 1 to 3      1 = slight      2 = moderate      3 = severe
GH - ghosting - a shadow or stain remained on the substrate.
L - legging - the condition of a soft adhesive when strings or legs are formed when it is pulled.

Source:  Lab report

The adhesive layer has strong adhesion (12.0 average oz/inch).

'818 PATENT — KT Gentle Kinesiology Tape

| | |
|---|---|
| *Element 19[pre]:* Claim 19:  A method for treating plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user, comprising the steps of: | *The Accused Instrumentality is a disposable orthotic foot arch support strap for a patient's foot for treating plantar fasciitis and foot pain by reducing tensile loads and stresses and providing anatomical support and stability to a musculoskeletal system of a foot of a user.*<br><br>The advertising, offer of sale, and sale of the accused tape induces users to treat plantar fasciitis and foot pain by reducing tensile loads and stresses in a plantar fascia and providing anatomical support and stability to a musculoskeletal system of a foot of a user when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre]*. |
| *Element 19[a]:* removing a release liner sheet from an adhesive layer of an ultrathin, elongate sole support strap formed of a flexible material having the adhesive layer on an underside surface thereof, wherein the adhesive layer | *The Accused Instrumentalities' sole supporting straps is made of ultrathin flexible materials having an adhesive layer from which a release liner sheet is removed. The adhesive layer which is an acrylic based medical grade adhesive is covered by a release liner sheet which prevents drying or removal of the adhesive on the tape.*<br><br>When used in its normal and customary way, the user removes a release liner sheet from the adhesive layer of the tape prior to applying the tape on the user's body. |

**'818 PATENT — KT Gentle Kinesiology Tape**

| | |
|---|---|
| is covered by the removable release liner sheet, | <br><br>Source:  Product photo<br><br>The tape strips are an ultrathin, elongate sole support strap formed of a flexible material:  *See Element 15[a] above.* |
| *Element 19[b]:* said underside surface having a contiguous ball of | The product instructions lead the user in applying two strips generally transversely around the midfoot. The portion of these strip where they contact the sole provide continuous support from the ball of the foot to the heel portion of the foot.  *See Element 15[b] above.* |

| | |
|---|---|
| foot portion, a midfoot portion, and a heel portion, | |
| *Element 19[c]:* said flexible material having a tensile strength of at least 25 lb/in-width and | The Accused Instrumentality has a support layer made of a flexible material having a tensile strength of at least 25 lb/in-width. *See Element 15[c] above.* |
| *Element 19[d]:* a ratio of elongate-to-tensile strength that is less than 0.9 in a longitudinal or transverse dimension, and | The Accused Instrumentalities' support layer has an elongation to tensile strength (lb/in-width) ratio of less than 0.9. *See Element 15[d] above.* |
| *Element 19[e]:* said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot; and | *The adhesive layer has a peel strength sufficient to prevent slipping or creeping of said sole support strap when secured to a skin surface of the foot.*<br><br>*See Element 15[e] above.* |

| | |
|---|---|
| *Element 19[f]:*<br><br>adhering said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof, and | The product instructions lead the user to adhere said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof:<br><br><br><br>Source : Enlargement of instructions<br><br>As shown below, the instructions instruct the user to adhere said ball of foot portion and said midfoot portion of said sole support strap to the skin surface along the ball of the foot and the midfoot to conform to a curvature thereof as shown below: |

'818 PATENT — KT Gentle Kinesiology Tape



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

| | |
|---|---|
| *Element 19[g]:* adhering said heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof and prevent slippage of said sole support strap, | The product instructions lead the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof:  Source : Enlargement of instructions |

As shown below, the instructions instruct the user to adhere the heel portion to the skin surfaces along the back and lateral sides of the heel of the foot, to conform to a curvature thereof as shown below:



Source : https://www.youtube.com/watch?v=Ge_K98lmUJc (Time 1:39 – 2:43)



Source: https://www.kttape.com/pub/media/plumtree_video/video/file//k/t/kt-tape-plantar-fasciitis.pdf

| | |
|---|---|
| *Element 19[h]:* wherein said sole support strap, in the adhered condition, flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress | *The tape flexes with the foot and provides stability and support to the musculoskeletal system and arch of the user's foot to reduce fascia stress throughout a walking gait cycle.* <br><br> As shown below, the instructions confirm that this tape is to be used for plantar fasciitis. |

‘818 PATENT — KT Gentle Kinesiology Tape

| throughout a walking gait cycle. | <br>Source : Enlargement of instructions |
|---|---|
| *Element 20[pre]:*<br>Claim 20:  The method according to claim 19, comprising the further steps of: | The advertising, offer of sale, and sale of the accused tape induces users adhere an arch support strap transversely over the sole support strap when used in its normal and customary way, and also when used according to the instructions shown in *Element 15[pre]*. |
| *Element 20[a]:*<br>adhering an arch support strap transversely over the sole support strap, wherein the arch support strap comprises an ultrathin, | The included instructions instruct the user to adhere an arch support strap transversely over the sole support strap. *See Element 15[b] above.*<br><br>The arch support strap comprises an ultrathin, elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet. *See Element 15[a] above.* |

| | |
|---|---|
| elongate arch support strap formed of a flexible material having an adhesive layer on an underside surface thereof covered by a removable release liner sheet, said flexible material and said adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot; | The arch support strap comprises an adhesive layer having a peel strength sufficient to prevent slipping or creeping of said arch support strap when secured to a skin surface of the foot. *See Element 15[e] above.*<br><br>The user's act of adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Elements 19[b] and 19[f] above.* |
| wherein adhering said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides | The included instructions instruct the user to adhere said arch support strap comprises adhering transversely over said sole support strap and at least a portion of skin surfaces of opposed sides of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. *See Element 15[b] above.* |

**'818 PATENT — KT Gentle Kinesiology Tape**

| | |
|---|---|
| of a midfoot portion of a longitudinal arch between the ball and the heel of the foot to conform to the curvature thereof, such that said arch support strap maintains said sole support strap in adhesive engagement with the sole of the user's foot. | |