# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED BIOKINETICS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-638-RGA |
| | ) |
| KT HEALTH, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME

Subject to the approval by the Court, Defendant KT Health, LLC has requested, and Plaintiff Applied Biokinetics LLC has agreed to, an extension of time for Defendant KT Health, LLC to move, answer, or otherwise respond to the First Amended Complaint (D.I. 10), through and including August 22, 2022.  Defendant KT Health, LLC respectfully requests that the Court grant this unopposed motion and enter an order in the form attached hereto.

/s/ Christine D. Haynes
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Defendant*

Dated:  August 15, 2022

RLF1 27822852v.1