IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLIED BIOKINETICS LLC | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) C.A. No. 22-638-RGA-JLH |
| | ) |
| KT HEALTH, LLC, | ) |
| | ) |
| *Defendant*. | ) |

**PLAINTIFF APPLIED BIOKINETICS LLC'S MOTION FOR
TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

Plaintiff Applied Biokinetics LLC ("ABK") respectfully moves this Court to schedule a teleconference to address the following outstanding discovery disputes involving Defendant KT Health, LLC ("KT"):

1. Requests for production:
    a. KT did not produce any responsive documents. Fed. R. Civ. P. 34(b)(2)(A) to (B).
    b. KT lodged various objections that lacked specificity. Fed. R. Civ. P. 34(b)(2)(B). KT should withdraw such objections.
2. Interrogatory responses:
    a. Use of Rule 33(d) generally (Interrogatory Nos. 1, 2, 3, 9, 10): no documents identified or produced.
    b. Interrogatory No. 8: KT has provided no explanation why the claim elements (of the asserted claims) are not satisfied (by the accused products).
    c. Interrogatory No. 12: No substantive response. KT merely references its noninfringement response of Interrogatory No. 8.
3. KT's production of core technical documents under the Default Standard:
    a. KT has not produced schematics or specifications.

The following attorneys, including at least on Delaware Counsel and one Lead Counsel per party, participated in a verbal meet and confer on October 24, 2022.

Delaware Counsel:

David Holloway          Plaintiff, Applied Biokinetics LLC

Fred Cottrell           Defendant, KT Health, LLC

Lead Counsel:

| | |
|---|---|
| Robert Katz | Plaintiff, Applied Biokinetics LLC |
| Adam Beckstrom | Defendant, KT Health, LLC |

The parties are currently available for a teleconference on the afternoons of November 14, November 17, or November 18, 2022. If these dates do not work with the Court, the parties will endeavor to find other dates and times within the next 3 weeks that might work.

Dated: October 25, 2022                    Respectfully submitted,

*/s/ David Holloway*
David Holloway (DE #5762)
AMBURN LAW
1504 N. Broom St., Suite 1
Wilmington, DE 19806
302-285-9485
dholloway@amburnlaw.com

*Attorney for Plaintiff,*
*Applied Biokinetics LLC*
